UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY DAVIS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>N. AKABIKE,<br><br>　　　　Defendant. | No. 1:19-cv-01504-DAD-JLT (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS<br><br>(Doc. No. 33) |

Plaintiff Anthony Davis is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action filed pursuant to 42 U.S.C. § 1983. This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On October 27, 2021, the assigned magistrate judge issued findings and recommendations, recommending that the court deny defendant's motion for summary judgment. (Doc. No. 33.) In the pending findings and recommendations, the magistrate judge found that, "[i]n a light most favorable to the Plaintiff, the alleged facts plausibly demonstrate that Defendant knowingly violated Plaintiff's Eighth Amendment right to medical treatment, including pain management." (*Id.* at 13.) The findings and recommendations were served on the parties and contained notice that any objections thereto were to be filed within fourteen (14) days from the date of service. (*Id.*)

1

1    Defendant filed objections to the pending findings and recommendations on November 5,
2    2021. (Doc. No. 34.) Therein, defendant argues that the only evidence plaintiff provided to the
3    court was that plaintiff did not agree with Dr. Ndu's[1] recommendation of an alternative
4    medication for treatment. (*Id.* at 3.) Defendant further argues that plaintiff's decision not to take
5    the medication recommended by defendant is not sufficient to create a triable issue of fact as to
6    plaintiff's deliberate indifference claim. (*Id.*) However, these arguments advanced by defendant
7    in the objections were fully and correctly addressed in the pending findings and
8    recommendations.

9    As noted by the magistrate judge, the decision to deny summary judgment in this case
10   does not rest on plaintiff's differing opinion with respect to the proper medical treatment. (Doc.
11   No. 33 at 10.) Rather, the record before the court on summary judgment raises a genuine dispute
12   of material fact as to whether plaintiff had a right to *further* treatment upon refusal of the
13   prescribed pain medication. (*Id.* at 11–12.) In this regard, the findings and recommendations
14   state, "[p]laintiff has a right to medication under the Eighth Amendment" and "[a]fter [p]laintiff
15   declined to take duloxetine or nortriptyline, it appears that [d]efendant took no further effort to
16   treat [p]laintiff . . . with a milder pain medication, a referral to an orthopedic specialist, or [to]
17   submit a nonformulary request for the DME." (*Id.* at 12.) Moreover, the findings and
18   recommendations concluded that "[w]hether [p]laintiff's condition was sufficiently serious such
19   that [d]efendant's failure to treat it would result in the 'unnecessary and wanton infliction of
20   pain,' must be considered." (*Id.*) Thus, the conclusion reached by the magistrate judge does not
21   rest on a disagreement between the parties as to plaintiff's proper treatment; instead, the
22   conclusion is based on whether plaintiff received treatment *at all*, even if he did refuse the initial
23   stronger painkillers offered to him by defendant. (*Id.*)
24   In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a *de novo*
25   review of the case. Having carefully reviewed the entire file, including plaintiff's objections, the
26   /////

---

[1] Defendant's last name has changed from Akabike to Ndu. (Doc. No. 28-5 at ¶ 6.) The court will accordingly refer to defendant as either "defendant" or "Dr. Ndu."

2

court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly,

1. The findings and recommendations issued on October 27, 2021 (Doc. No. 33) are adopted in full;
2. Defendant's motion for summary judgment (Doc. No. 28) is denied; and
3. The matter is referred back to the assigned magistrate judge for further proceedings.

IT IS SO ORDERED.

Dated:  **December 3, 2021**

UNITED STATES DISTRICT JUDGE