# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY DAVIS,<br><br>               Plaintiff,<br><br>   v.<br><br>AKABIKE,<br><br>               Defendant. | Case No. 1:19-cv-01504-DAD-BAK (BAM) (PC)<br><br>ORDER REQUIRING PARTIES TO NOTIFY COURT WHETHER A SETTLEMENT CONFERENCE WOULD BE BENEFICIAL<br><br>**THIRTY (30) DAY DEADLINE** |

Plaintiff Anthony Davis ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983. This action proceeds against Defendant Akabike for deliberate indifference to serious medical needs in violation of the Eighth Amendment. This action is currently set for a Telephonic Trial Confirmation Hearing before District Judge Dale A. Drozd on September 19, 2022 at 1:30 p.m. No trial date has been set.

The Court is able to refer cases for mediation before a United States Magistrate Judge. A settlement conference will only be set if the parties are willing to make a meaningful attempt to resolve this action and are willing to compromise. Settlement conferences will be held by video conference. Plaintiff and Defendant shall notify the Court whether they believe, in good faith, that settlement in this case is a possibility and whether they are interested in having a settlement conference scheduled by the Court.

///

Accordingly, within **thirty (30) days** from the date of service of this order, Plaintiff and Defendant shall file written responses to this order indicating whether they are willing to participate in a settlement conference. If a settlement conference is set by the Court, then the Court will issue a separate order setting forth each of the parties' responsibilities regarding the settlement conference.

IT IS SO ORDERED.

Dated: **January 14, 2022**   /s/ Barbara A. McAuliffe
UNITED STATES MAGISTRATE JUDGE