# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY DAVIS,<br><br>              Plaintiff,<br><br>     v.<br><br>N. AKABIKE,<br><br>              Defendant. | Case No. 1:19-cv-01504-DAD-BAK (BAM) (PC)<br><br>NOTICE REGARDING SETTLEMENT CONFERENCE |

In anticipation of the Telephonic Trial Confirmation Hearing, this Court ordered the parties to notify the Court whether they believe that settlement in this case is a possibility and whether they are interested in having a settlement conference. (*See* ECF No. 38.) The parties disagree whether a settlement conference would be productive. Therefore, the Court will not set one at this time. The parties are advised, however, that District Judge Drozd will require the parties to participate in a settlement conference or mediation before trial.

IT IS SO ORDERED.

Dated:   **February 23, 2022**          /s/ *Barbara A. McAuliffe*
UNITED STATES MAGISTRATE JUDGE