UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY DAVIS,<br><br>                    Plaintiff,<br><br>v.<br><br>N. AKABIKE,<br><br>                    Defendant. | Case No. 1:19-cv-01504-ADA-BAK (BAM) (PC)<br><br>ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM TO TRANSPORT **PLAINTIFF ANTHONY DAVIS, CDCR #AP-6227** VIA VIDEOCONFERENCE<br><br>DATE: September 19, 2022<br>TIME: 1:30 p.m. |

**Anthony Davis**, **CDCR #AP-6227**, a necessary and material witness on his own behalf in a Telephonic Trial Confirmation Hearing in this case on September 19, 2022, is confined at Substance Abuse Treatment Facility and State Prison, Corcoran, 900 Quebec Avenue, Corcoran, CA 93212, in the custody of the Warden.  In order to secure this inmate's attendance, it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate **to appear by videoconference** before District Judge Ana de Alba, on September 19, 2022, at 1:30 p.m.

**ACCORDINGLY, IT IS ORDERED that:**

1. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above, **along with any necessary legal property, to appear by videoconference** before the United States District Court at the time and place above, until completion of settlement proceedings or as ordered by the court; and thereafter to return the inmate to the above institution;

2. The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ.

### WRIT OF HABEAS CORPUS AD TESTIFICANDUM

**To: The Warden of Substance Abuse Treatment Facility and State Prison, Corcoran**

**WE COMMAND** you to produce the inmate named above, **along with any necessary legal property, to appear via videoconference** at the time and place above, until completion of the settlement proceedings, or as ordered by the court.

**FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

IT IS SO ORDERED.

Dated:  **September 12, 2022**     
                                                         UNITED STATES MAGISTRATE JUDGE

