1
2
3
4
5
6
7
8                     UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10

11   ANTHONY DAVIS,                          Case No. 1:19-cv-01504-ADA-CDB (PC)

12                 Plaintiff,                ORDER ON PARTIES' STIPULATIONS
                                             FOR VOLUNTARY DISMISSAL WITH
13         v.                                PREJUDICE

14   DR. N. NDU M.D., *formerly*             (Docs. 54, 55)
     *known as* DR. N. AKABIKE,[1]
15
                   Defendants.
16                                           Clerk of Court to close the case.

17

18         Plaintiff Anthony Davis is a state prisoner proceeding *pro se* and *in forma pauperis* in

19   this civil rights action filed under 42 U.S.C. § 1983.

20         On November 29, 2022, the Court conducted a settlement conference, and the parties

21   reached a settlement.  (Doc. 53.)  The terms of the settlement agreement were placed on the

22   record, and the Court ordered the parties to file disposition documents within thirty days.  (*Id.*)

23   In accordance with the Court's order, the parties filed stipulations for dismissal of this action

24   with prejudice, with each party to bear its own costs and attorney's fees.  (Docs. 54, 55.)  The

25   stipulations are signed and dated by Plaintiff and counsel for Defendants.  (*Id.*)

26         Under Rule 41(a)(1) of the Federal Rules Civil Procedure, a Plaintiff may voluntarily

27   dismiss an action without a court order by filing a stipulation of dismissal signed by all parties

28
     _____
     [1] The parties stipulated to the substitution of parties.  (Doc. 54.)

who have appeared.  Fed. R. Civ. P. 41(a)(1)(A)(ii).  Therefore, upon the parties' filings of their stipulations for voluntary dismissal, this action is terminated by operation of law without further order from the Court.

The Clerk of Court is directed to terminate all pending motions and deadlines and to close this case.

IT IS SO ORDERED.

Dated:   **December 15, 2022**

_____
UNITED STATES MAGISTRATE JUDGE